No. 1207. BLACK DIAMOND LINES, INC. ET AL. *v.* PIONEER IMPORT CORP. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John W. Crandall* and *Arthur M. Boal* for petitioners. *George C. Sprague* for respondent.

No. 1051. HEALTH-MOR, INC. *v.* PORTER, PRICE ADMINISTRATOR. May 5, 1947. Fleming, Temporary Controls Administrator, substituted as the party respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Arthur Abraham* and *Walter A. Wade* for petitioner. *Acting Solicitor General Washington, William E. Remy, David London* and *Samuel Mermin* for respondent.

No. 1060. KLARE, RECEIVER, *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the Court of Claims denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *William Alfred Lucking* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, Samuel D. Slade* and *Newell A. Clapp* for the United States.

No. 1140. STEWART *v.* OHIO. May 5, 1947. The petition for writ of certiorari to the Supreme Court of Ohio is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350. *Merritt E. Schlafman* for petitioner.